IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr25-MHT |
| | ) | (WO) |
| COURTNEY L. TUBBS | ) | |

ORDER

Upon consideration of defendant's motion for release to treatment (Doc. 213), which is unopposed, *see* Order (Doc. 209), it is ORDERED that the motion is granted as follows:

(1) The United States Marshal shall ensure that on November 16, 2022, at 9:00 a.m., defendant Courtney L. Tubbs is released from the Montgomery County Detention Center to a representative of the Federal Defender Program for immediate transport to Aletheia House to begin treatment there.

(2) Defendant Tubbs shall complete the 28-day inpatient treatment program at Aletheia House.

DONE, this the 14th day of November, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE