IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:15cr25-MHT
                            )            (WO)
COURTNEY L. TUBBS           )
```

## ORDER

Based on the representations made on the record at a telephonic status hearing on February 1, 2023, and by agreement of the parties, it is ORDERED that:

(1) By February 8, 2023, the supervising probation officer is to file with the court documentation to the effect that defendant Courtney L. Tubbs is presently in the custody of the Alabama Department of Corrections and will remain so while serving his current sentence, in line with representations made in the pending motion to dismiss (Doc. 224).

(2) Upon receipt of such documentation and unless the supervising probation officer indicates otherwise, the court will then enter an order granting the motion to dismiss (Doc. 224), dismissing the pending amended

petition for revocation (Doc. 219), terminating defendant Tubbs's term of supervised release, and discharging defendant Tubbs.

DONE, this the 2nd day of February, 2023.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE