IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
       v.                   )      2:15cr25-MHT
                            )          (WO)
COURTNEY L. TUBBS           )
```

ORDER

As contemplated in the court's recent order (Doc. 228) and in light of the response filed by probation (Doc. 229)--which notes that defendant Courtney L. Tubbs is currently in state custody and will remain so until at least January 2025--it is ORDERED that:

(1) The motion to dismiss the petition for revocation of supervised release (Doc. 224) is granted.

(2) The pending amended petitions for revocation (Doc. 196 and Doc. 219) are dismissed.

(3) Defendant Tubbs's term of supervised release is terminated, and he is discharged.

DONE, this the 6th day of February, 2023.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE